UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ELIZABETH A. MARCZESKI,  :  CIVIL NO. 3:02CV000894 (SRU)
   Plaintiff,  :

   v.

RICHARD BROWN, ET.AL.,  :  JUNE 7, 2004
   Defendants.

MEMORANDUM REGARDING DEFENDANTS NOTICE TO PRO SE
LITIGANT OPPOSING MOTION FOR SUMMARY JUDGMENT

1. I sent my Summary Judgment as required by the Court. I have 21 days to oppose defendants motion for summary judgment. That deadline date would be June 23, 2004 as I received the defendants motion for summary judgment on June 3, 2004.

2. I also notified counsel for the defendants that I am seeking new charges or to file a new complaint or amend the complaint to this civil action regarding the defendants and counselor for the defendants violating my medical privacy rights.

3. The document was SEALED.

4. The VA medial center has the document as "ID thief" or "wrong person". For example, the record reflects that in 1960 I was a patient at Norwich Hospital. I was not. I was in junior high school and I graduated from high school at the age of 17 years old.

5. The Navy brought me to CT. The VA record reflects that I am getting care in Loma Linda, CA. I live in CT and go to the Coast Guard Academy or West Haven VA medical center.

6. The record is 21 years old and is most likely a mix up from Dr. Coric who

defrauded medicare and Medicaid (state of ct medical care). Anything is possible, but the record is not mine and it was sealed.

7. Counsel for the defendants violated my privacy rights by obtaining a medical that sent me to Connecticut Valley Hospital (CVH). By doing so, Dr. Rankin, my primary medical doctor at the Coast Guard VA out-patient clinic, has hindered my services at to getting proper treatment. Rankin had to get a VA medical doctor and not a psychiatrist.

8. I am contacting the grievance committee regarding Tallberg to his misconduct. The committee does not do anything and condones such conduct. But I will report the violation and misconduct of my privacy that was unsealed and is not my medical record.

9. I provided the defendants and this Court with my medical documentation that is current and from the Dept. of Mental Health and Addiction. I was forced to go there after my release from CVH.

10. As to the defendants Exhibit (D), the police live in the parking lot, however, this did not prevent them from following me and stalking me. I spoke to the police who were partying in the lot at 239 Nautilus, and their statement was "they were to watch me but not pick me up". They agreed that the defendants ordered the stalking and following of me. The reason this happened, as the police were yelling at me carrying a 30 pack of beer into my apt and commented "that I thought you quit drinking, Liz"

11. Counsel for the defendant also stated during my deposition, that he would appeal any summary judgment made in my favor.

12. Counsel for the defendants have given me no latitude as being pro se and continue to violate my privacy rights. The police arrested, prosecuted me falsely since Dittman and Gavitt knew I was going to file a civil action against them.

*Elizabeth Z.* /s/   6/7/04

Elizabeth Marczeski
206 B Nautilus Dr. #104
New London, CT 06320
(860) 440-3541

## CERTIFICATION

I hereby certify that a copy of the foregoing has been sent first class, U.S. mail, on this 7th day of June, 2004, to the following.

James N. Tallberg
Updike, Kelly, & Spellacy, P.C.
One State St.
Hartford, CT 06123

Brian K. Estep
Conway & Londregan, P.C.
38 Huntington St.
New London, CT 06320


Ralph J. Monaco, esq.
Conway & Londregan
38 Huntington St.
New London, CT 06320


Elizabeth A. Marczeski
206 B Nautilus Dr. #104
New London, CT 06320
(860) 440-3541