UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUN 16 A 11: 51

U.S. DISTRICT COURT
BRIDGEPORT, CONN

ELIZABETH A. MARCZESKI,  :   CIV. NO. 3:02CV00894 (SRU)
　　Plaintiff,

v.

RICHARD BROWN, ET.AL.,  :   JUNE 15, 2004
　　Defendants.

## MOTION

1. I respectfully request an extension to respond to the defendants Motion of Summary Judgment.

2. I informed counsel for the defendants and he has of yet relayed no objection to my request for an extension of time.

3. I ask for an extension to July 2, 2004. The reason is partly due to the defendants who informed management where I reside that I am mentally ill. At one point, I was threatened to produce my social worker or get evicted because I am mentally ill. I have no social worker as the Dept. of Mental Health & Addiction states that I do not suffer from any mental illness.

4. I did get served a "notice of warning" to cease or evict.

5. The defendants continue to ruin my life by telling management and others that I am mentally ill. The Department of Mental Health and Addiction has me as being or possessing no mental illness.

6. The acts of the defendants has caused me great physical harm. I felt I was having a heart attach. I do take a beta blocker for my heart. Being homeless is

1

fearful and dreadful. Being homeless is scary and loosing everything that I worked hard for to loose due to the actions of the defendants.

Respectfully submitted,

*[signature]* 6/15/04
Elizabeth Marczeski
206 B Nautilus Drive #104
New London, CT  06320
(860) 440-3541

## CERTIFICATION

I hereby certify that a copy of the foregoing has been sent first class, U.S. mail, on this 15th day of June, 2004, to the following.

James N. Tallberg
Updike, Kelly, & Spellacy, P.C.
One State St.
Hartford, CT  06123

Brian K. Estep
Conway & Londregan, P.C.
38 Huntington St.
New London, CT  06320

Ralph J. Monaco, esq.
Conway & Londregan
38 Huntington St.
New London, CT  06320

Elizabeth A. Marczeski      6/15/04
206 B Nautilus Dr. #104
New London, CT  06320
(860) 440-3541