UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Elizabeth MARCZESKI,
  Plaintiff,

— against —

Richard Brown, ET.AL.,
  Defendants.

CIVIL NO 3:02 CV000894 (SRU)

June 29, 2005

FILED 2004 JUL -1 P 1:24 U.S. DISTRICT COURT BRIDGEPORT CONN

SUBMISSION OF MISSED DOCUMENT AND TYPO

1. The date of my Opposition Summary Judgment of defendants, the date should read June 28, 2004 AND NOT June 28, 2005.

2. Enclosed are documents to be enter with my opposing defendants summary Judgment. The documents are exhibit (B) AND EXHIBIT (C).

3. The copy machine erred in exhibit (B) and in exhibit (C) I was frantic in submitting the document due to threats of AMOL JAIN wanting to arrest me on the conspiracy theory.

Respectfully submitted, 6/29/04
Elizabeth A. Marczeski,
206 B Nautilus Dr #104
New London, CT 06320
(860) 440-3541

## certification

A copy of the foregoing has been mailed priority class mail, on the day of June 29, 2004, to the following: (w/o enc) & counsel has copies.

James Tallberg, esq
Updike, Kelly & Spellacy, P.C.
One State St.
Hartford, CT
06123-1277

Ralph Monaco
Londregan and Conway
38 Huntington St.
New London, CT 06320

_Elizabeth_  6/29/04
Elizabeth A. Marczeski
208 B Nautilus Dr. #104
New London, CT 06320
(860) 440-3541

Exhibits (B) AND (C)

know them. The defendants showed them my picture during the false arrest of me, the defendants gave the location of my residence, and as earlier seen, the police have checked out my truck for emissions, registration or anything else that would have me arrested to prevent any civil issues against them which is my legal right to address the Court with my grievance without being retaliated against.

| | |
|---|---|
| 9/30/02 | - Police vehicle 54NL 10:16 pm in parking lot and talking at speed bump - no official business - the parking lot is private property. |
| 9/20/02 | - 54NL 9:30am in parking lot.<br>- Gray undercover vehicle follows me on Montauk<br>- 50NL 11:45am following me |
| 9/17/02 | - Called police at 4:50pm - 64NL showed up. Woman in apt 117A was harassing me with her dog. Officer Song gets the story confused and states a woman who owns no dog was now urinating on my AC. |
| 9/12/02 | - 61NL - I was a Norma's Sligar apt visiting. 61NL was stalking me. 54NL was following me on Ocean Ave |
| 9/3/02 | - police vehicle in parking lot 12:11am trespassing |
| 9/2/02 | - police vehicle in parking lot 1:21pm trespassing |
| 8/21/02 | - 54NL 4:37pm - I was going down Ocean ave.. Two police officers were in the police vehicle. Officer in passenger side gave me the signal with his middle "finger" at me. |
| 8/20/02 | - 43NL white vehicle in lot to examine license plates on private property. trespassing. |
| 8/16/02 | - 54NL Ocean ave, 5:49pm, police gawking at me while at Norma Sligar's apt. |
| 8/14/02 | - 54Nl 6:30pm, woman taking down info on my truck such as plate number, and emissions sticker. Trespassing. |
| 8/13/02 | - Police vehicle behind my truck at 7:22pm doing paperwork. |

To Whom it may concern:

I have known Elizabeth Marczeski for over 14 years. She takes me to work and back as I do not drive. Every time Liz picked me up, the New London police would follow us to the Waterford borderline. In coming back home, I have seen the police be on some other street and somehow the police car ends up right behind us went I get home. I used to live at 58 Montauk avenue. The police would gawk at us such as getting furniture out of Liz's truck. I would be out side waiting for Liz and see a parade of police cars in front, back, and both front and back coming down Montauk avenue. I shook my head in amazement and could not believe that the police would follow Liz on a daily basis even on my day off when she comes over to visit me. The police have followed Liz for over two years and I believe her when she hid in her bathroom hiding from the police who were at her door to arrest her because of the U.S. Marshal serving them the law suit. I think the police have followed her since the Diana Law issue since 1999.

Sincerely,

Norma M. Sligar

*Norma Sligar*

State of Connecticut
County of New London

Notary

Subscribed and sworn to before me this 29th day of June 2004 by Norma Sligar

*Christy L Wojcik*
Christy L. Wojcik
Notary Public

My Commission Expires June 30, 2008