UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

ELIZABETH A. MARCZESKI,          : CIV. NO. 3:02CV00894 (SRU)
    Plaintiff,
    - against -
                                                U.S. DISTRICT COURT
                                                BRIDGEPORT, CONN.
Richard Brown, ET.AL.,           : July 2, 2004
    Defendants.

## MEMORANDOM

1. My Memorandom regards defendant Dittman. From what I understand and gather is that Dittman paid An Amole Jain $2,000 to harass where I would be declared incompetent and $3,000 to kill Me. The point is in by doing and having Me put in an institution for observation, is that I would loose in opposing the defendants Motion for Summary Judgment. I was harassed and threatened by Amole Jain and his girlfriend Romana Stacy.

2. I was harassed so badly that I could not sleep; deprived of both sleep and food in order that I could not finish my opposing the defending motion for Summary. It did work. I was deprived of sleep and harassed for over 21 days by JAIN AND ROMANA. I merely want to point out to the Court of what Dittman has done whether true or not. However, I was harassed by Jain and Romana for over 21 days. I am at Natchaug Hopital and my number is B-114. The motive of this by defendant Dittman was to loose Summary Judgment by making me appear incompetent. An investigation is warranted.

submitted,

Elizabeth Marczeski    7/1/04
206 Q Nautilus Dr
#104
New London, CT 06320
(860) 440-3541