UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Elizabeth MARCZESKI, : Civil No. 3:02cv00894 (SRU)
  Plaintiff,                :
                            :
  - against -               : July 7, 2004
                            :
Richard Brown, ET. AL.,     :
  Defendants.               :

## MEMORANDUM

1. I dismissed the above case with Prejudice because Defendants Dittman, Bowitt, counsel for defendants Tallberg, Chief Rhinehert, and Detective Brown threatened to kill me by soliciting an Amol Jain and Romona Stacy. They are using a T-ball tracking system that 'zaps' people. My house is bugged; Dittman has a tracker on my truck. The above parties after agreeing to dismiss, still want me dead using the T-ball tracker with a defibulator to cause me a heart attack. I just want the court to know and I heard the tape of Tallberg having knowledge of the hire-to-kill and he wanted no part of it. I did go twice to the hospital with chest pains due to the T-ball tracker used by Dittman and Jain to kill me.

submitted
                                    Elizabeth  7-7-04
                                    Elizabeth MARCZESKI
(860) 440-3541                      206 B Nautilus Dr. #04, New London, CT
                                                                  06320