Dear Judge Garfinkle

please find the Enclosed, I am worried & had to dismiss or die.

[FILED stamp: 2004 JUL -8 P12:12 CHAMBERS OF WILLIAM I. GARFINKEL U.S. MAGISTRATE JUDGE]

United States District Court
District of CT

MARCZESKI, Civ No.
Plaintiff, 3:02CV000894 (SRU)
-v-
Richard Brown, ET. AL., 7-6-04

MEMORANDUM

1. Enclosed Exhibit (A)

Elizabeth Z. 7-4-04
Elizabeth MARCZES
206 B Nautilus D #10
New London, CT 0632-
(860) 440-3541

---

7-6-04   Exhibit A
7-6-04
I am constantly threaten bodily harm by Capt Dittman, Amole Jarn, and Romona Stacy.

Elizabeth Z.

They continue to harass me regarding
MARCZESKI Civ No.
-against 3:02CV000894
Dittman, Gavitt (SRU)

I was threaten death unless I withdraw with Prejudice.

Elizabeth Z.
7-6-04

Certification
Copy of the foregoing has been sent to the following on the 6th day of July, 2004.

James Tallberg, Esq
Updike, Kelly & Spellacy, P.C.
One State St
Hartford, CT
06123

Elizabeth Z. 7-6-04
Elizabeth MARCZESKI
206 B Nautilus Dr #106
New London, CT 06320
(860) 440-3541