UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ELIZABETH MARCZESKI, (SRU) Plaintiff, | CIVIL NO. 3:02CVO00894 |
| V | DECEMBER 30, 2004 |
| RI9CHARD BROWN, Defendants | |

MEMORDUM

1. It has come to my attention that an Amol Jain has harassed me daily and was given the okay by attorney Tallberg and Dittman. Jain states he was told to Harass me and do me bodily harm such as to kill by Tallberg and Dittman. Jain has also threatened my witnesses by threats of killing them and their Children. The witnesses are Norma Sligar, Donna Sligar, Daniel Sligar, and The Sligar children. Jain has also harasses my elderly per order of Dittman And Tallberg. My phone was tapped by Jain, and surveillance was placed in My apt. to violate my privacy rights. Jain contends that Dittman and Tallberg Ordered him to harass me and kill me.

Respectly submitted,
Elizabeth Marczeski    12/30/04
206 B Nautilus Dr. apt. 104
New London, CT 06320
(860) 440-3541

CERTIFICATION

I hearby certify that a copy of the foregoing has been sent first class, U.S. mail, on This 30th day of December, 2004, to the following.

James Tallberg

Updike, Kelly, & Spellacy, P.C.
One State St.
Hartford, CT 06123

Ralph J. Monaco, esq.
Brian Estep, esq.
Conway & Londregan
38 Huntington St.
New London, CT 06320

*Elizabeth M.* (signature)   12/30/04
Elizabeth Marczeski
206 B Nautilus Dr. apt. 104
New London, CT 06320
(860) 440-3541