UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Elizabeth A. MARCZESKI
Plaintiff,

v.

Brown, et al,
Defendants

FILED
CIVIL NO. 3:02CV00894 (SRU)

2005 JAN 26 P 3:47

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

January 22, 2005

## MEMORADUM

1. I apologize to the Court for not being able to attend the January 18, 2005 for Motion for Disclosure Doc #36 and Motion for Summary Judgement Docs #38, 41.

2. The cause of my not being present is that I was hospitalized due to ACTIONS BY THE defendants. The defendants also engaged in hiring an ELECTRIC BOAT (EB) WORKER to harass me; wiretap my phone; and used deadly equipment to ~~harass me and~~ to kill me. The EB equipment is a super sonic tracking device that is deadly and was requested by defendants DITTMAN GAVITT, and Attorney Tallberg (counsel for defendants).

3. I was harassed and fearful. The defendants hired an EB employee named Amole Jain to harass and threaten me daily and nightly.

1

4. Andre John also had his girl friend or (wife) harass me and was given cash money in two increments of $3,000.xx (three thousand Dollars).

5. The defendants purpose was to make me appear mentally ill and incomptent.

6. I only slept 15 minutes per day as the harassment was 24/7 (twenty four hours a day and weekly, I became dislusional.

7. The equipment used to harass me, I will shorten the deadly weapon to sonic tracker.

8. This life threatening equipment tramatized me.

9. The sonic tracker was used to burn my scalp, blind me, shutdown my system such as kidney, liver etc. and is deadly.

10. From the lack of sleep and fear, I drove to Lawrence & Memorial Hospital (L&M).

11. That incident happened approximently around June 5, 2004.

12. Defendant Dittman has a brother who is a medical doctor (Dittman MD) and is

2

employed at L&M hospital. My eyes were burning as well as my scalp.

13. I called 911 and was taken by ambulance to L&M hospital.

14. Upon my arrival, I was immediatly taken to the crisis unit. My eye were not examined nor was my burning scalp.

15. Medical doctor Dittman and doctor Cenna seemed to expect me and told me I was a paranoid schizophrenic. I was transferred by ambulance to Nautchug Hospital which is a detox unit and a unit for mentally ill patients.

16. June, 2004 was my first admission to Nautchug Rehabilition Center.

17. While at Nautchug, I was in a coma for 5 days and expected to die. Medical doctor Dittman had given me a pill and from that point I do not remember anything.

18. I was told that I was in a coma for 5 (five) days.

19. As a patient at Nautchug, the sonic tracker was used by Dittman (defendant) and Amole Jain to continue to harass me

with threats of death

20. The sonic tracker was used while I was a patient at Nautchug in June, 2004.

21. I recall seeing beams of laser lights pop and go through the pillow and over my head.

Note* time is 11:50 pm, Jan 22, 2005 and I still am being threatened by defendant Dittman and Amole Jain. I am at Day Kimball Hospital and defendant Dittman is continuing to threaten me with bodily harm. Dittman has plans to kill my cats and me. Amole is fraudilently using my DirecTV account. (Dittman called DirecTV to reopen my account for Amole Jain by using his influence as a cop to open my account.

22. Shortly after Nautchug, I returned home to more harassment and threats of death by Amole and Capt Dittman.

Note* At 1:50 am Dittman (1-22-05) has threatened to kill me with his sonic tracker.

23. I returned to Nautchug again 2 (two) days later due to more harassment by use of the sonic tracker at home.

24. While at Nautchug in July, 2004, again the same tactics were used to scare and threaten death using the sonic tracker.

4

25. Also was methodical (sic) and aggressive such using scare tactics that my apt. had ahtray, my verapamille (beta-blocker) was also contaminated with cyanide and also used bug insecticide on my inhalers for asthma. My food was contaminated in the freezer and in the frige. My cabinets were also contaminated with cyanide and bug spray.

26. I spent most of my summer at Nautchug due to constant threats of death.

27. The sonic tracker can heal or kill. Dittman hired Amole Jain to do the job of getting the sonic tracker from Electric Boat (EB).

28. At this point Dittman, Amole, and Jenifer Lopez Jain (AKA Esparanza) were engaged in their methological plan to kill me for the reason that Dittman felt humiliated from this civil action.

29. I am suing Dittman and Garitt as they both falsely arrested ME and Dittman has acted out of retaliation because of this civil action.

30. I was followed daily by the police as noted by my submittion of Exhibits to this Court.

5

31. I spent June and most of July (29th) at Nautchug. Both admission were at separate time. I was released on July 29, 2004.

32. I also spent time at Nautchug in Jan 3, 2005 due to the continued threatening by Amole Jain and his wife AKA Jenifer.

33. On Jan 23, 2005 both Dittman and Amole continued to threaten me and kill me with the sonic track weapon.

34. A tape of Tallberg planning the killing of me is on tape. Amole has the tape and evidence. Tallberg is counsel for the defendants and planned this through Dittman and Amole Jain.

35. There was another method of killing me by using the sonic track to make me have a heart attack so it would appear as a natural death.

36. I am at Day Kimball Hospital and Dittman is still threatening me as well as Amole Jain using the sonic track.

37. My phone has been tapped, my identity has been taken by Amole by illegally tapping my phone. Amole has access to my bank including my pass number and has taken money out of my checking account (fraud); Amole has my SSA#, and has taped every conversation I have had with people. Amole cancelled all my medical appointments when I was not home as my phone is tapped.

6


38. In a continuing threat at 2:50 AM, DITTMAN is continuing to harass and threaten death using the sonic tracker.

39. DITTMAN will try to convince the Court that I am unstable and mentally ill, however, he has made threats to send me to Connecticut Valley Hospital (CVH) for a long duration which could be up to 18 months. DITTMAN also threatened to arrest me as a sexual predator or charge me with a murder using my finger prints when I was falsely arrested by DITTMAN for 2nd degree harassment which all is a 'bald face lie'. I have no record of being a predator nor being a murderer.

40. DITTMAN continues as well as Amole to have me arrested as I had called Electric Boat (EB) security to tell them that Amole Jain had a dangerous weapon.

41. DITTMAN also states that he is a cop and that he is above the law and will continue to retaliate in any form or fashion to have me incarcerated for life (e.g. murder) or kill me.

42. Lastly, I feel my life is in danger as this has become a daily issue by DITTMAN AND Amole JAIN.

7

43. A Note also mentioned to call 911 on Jan 16th or 17th, 2005 in order that I would not be able to attend the motions set forth by your Honor for 1-18-05.

44. That action by Amole that Dittman created and both agreed on was calculated and was intentional in order to dismiss this civil action by harassing me all day on the 16th of Jan. 2005 and calling 911 that I was suicidal which lead to another 911 call and was sent to L&M (Lawrence & Memorial Hospital) to a crisis unit, I was then transported to Day Kimball Hospital.

45. I am hiring an investigator, although I cannot afford one, to get the bugs out of my apt. (electronic bugs). The bugs are in reference to listening devices which are located in the TV directv receiver, kitchen, file cabinet and all over the ceiling. Also there is electronic equipment placed in my Apt. that takes visual and vedio pictures of me and is recorded by Amole & Jenifer who has an apt above me, Apt #204.

46. This equipment was placed in my Apt. by both Dittman and Amole. Dittman obtained a key to my Apt. from Management

to enter and plant bugs (Electronic) a form of surveillance without a court order or an expired court order. Amole also taped me naked in my bathroom and violated my privacy. Extra keys have been made by Amole and Dittman to enter my apt at any time.

    I attest this is a true statement of facts.

    Submitted Respectfully,

*Elizabeth A. M*  1/23/05
Elizabeth A. Marczeski
206 B Nautilus Dr #104
New London, CT 06320
(860) 440-3541

9

## Certification

I certify that a copy of the foregoing has been sent U.S. mail, 1st class, on this of January 23rd, 2005 to the following:

Updike, Kelly & Spellacy, P.C.
James Tallberg, esq.
One State St.
Hartford, CT 06103

Longdregan & Conway, P.C.
Ralph Monaco, esq.
B. Estep, esq.
48 Huntington St.
New London, CT 06320

By Elizabeth Marczeski  1/23/05
206 B Nautilus Dr #104
New London, CT
06320
(860) 440-3541

EXHIBIT (A)

# DAY KIMBALL HOSPITAL

320 Pomfret Street    Putnam, Connecticut    06260    860-928-6541 / 860-774-3366    www.daykimball.org

The Honorable Judge Stefan Underhill
United States District Court
District of Connecticut
Courtroom #1, 4th Floor
915 Lafayette Boulevard
Bridgeport, CT

January 19, 2005

RE: Elizabeth Marczeski
DOB: 7/4/49

Dear Judge Underhill,

Elizabeth Marczeski was admitted to Day Kimball Hospital on January 17, 2005. At this time no discharge date has been set.

If I can be of further assistance, please call 860.928.6541 x 2497.

Respectfully,

Helen Donner, LCSW