UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ELIZABETH MARCZESKI

        v                                              3:02cv894 (SRU)

WILLIAM GAVITT and
WILLIAM DITTMAN

## J U D G M E N T

      This matter came on before the Honorable Stefan R. Underhill, United States district Judge, as a result of the parties cross-motions for summary judgment.

      The Court has reviewed all of the papers filed in conjunction with the motions and on February 3, 2005 a Ruling on Motions for Summary Judgment granting defendants' motion and denying plaintiff's motion was entered by the Court.

      Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

      Dated at Bridgeport, Connecticut, this 11th day of February 2005.

                                                                              Kevin F. Rowe, Clerk

                                                                              By_____
                                                                                 Deputy Clerk

Entered on Docket _____