UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ELIZABETH MARCZESKI, Plaintiff, | : | CIVIL NO. 3:02CVOO0894 (SRU) |
| v. | : | |
| WILLIAM GAVITT and WILLIAM DITTMAN, Defendants. | : | March 11, 2006 |

FILED 2006 MAR 13 P 12:00

U.S. DISTRICT COURT

MOTION FOR EXTENSION OF TIME

1. I am respectfully requesting an extension of time in accordance with the provision of Rule 4(a)(5) of the Federal Rules of Appellate Procedure. I am required to show "excusable neglect" or "good cause" for my failure to file notice of appeal within the time allowed.

2. I was being harassed by a neighbor who lived above me and his name is Amol Jain. I was residing at 206B Nautilus Dr. #104, New London, CT 06320 for almost 6 years. Jain continued to harass me on a daily basis because I smoked cigarettes and drank some beer. Jain continued to complain to management (Stephanie Hughes) on a daily basis regarding my smoking cigarettes and drinking beer to no avail. The purpose of Jain's complaint against me was to have me evicted because he (Jain) was angry that the building I dwelled in was not for non-smokers. I was evicted on Feb. 28, 2005.

3. As to his serious and dangerous harassment of me (see exhibits), I did move in February 28, 2005 (see eviction notice). However, during the months of Jan. and Feb. 2005, I was at DayKimball Hospital for alcohol addiction. My social worker is Earl Booty who can verify my stay at DayKimball. I was at DayKimball for almost 1 (one) month. While at DayKimabll I requested that an in-house social worker to fax to the court in

1

Bridgeport, CT to the Honorable Stefan R. Underhill a document that I was hospitalized and would not be able to make an appearance on the day and time that was requested by the court.

4. Previously I was at Natchaug Hospsital for alcohol treatment due to the continued harassment by Amol Jain on a 24/7 basis. My worker at Natchaug Hospital was Ciro Anthony Massa, Psy.D., DCSW, LADC. (860 456-1311 ext. 345 or cmassa @natchaug.org.)

5. Upon my return to my apt. after Natchaug and DayKimball, I noticed that I was not receiving any mail. I knew that I only had 4 to 5 days to vacate the apartment due to the eviction that was unlawful, calculated and planned by constant threats by Amol Jain who called management every day to complain about my smoking.

6. I then moved in with a friend named Norma Sligar for 30 days who lives in Waterford, Ct. From there I moved to 23 Philips Street to live in a one room bedroom. I did change my address after I I was released from DayKimball to a P.O. Box 1645 in New London, CT 06320. After staying at this one room bed-room house, I finally found an apartment on 2 Pratt street #2, New London, CT 06320. I have lived at the above address since May of 2005. While living in this one room bedroom on 23 Philips street for approximately 1 (one) month. I received some mail at a P.O. Box 1645. However, during the months of July and August 2004 (while at Natchaug Hospital) I was not receiving any mail at all while still living at 206 B Nautilus Dr. Apt. 104, New London, CT.

7. While during these rehabs, my mail was taken by Amol Jain via a Colin Prestess to make me go into default with this civil action. The mail delivery man gave my mail to Colin Prentess who then forwarded my mail to Jain. The mail was opened and kept for a period of over 1 (one) year. Jain who lives at 206B Nautilus Dr. #204 (above me at that time) stole my electicity, phone was tapped, credit cards and mail.

8. Jain works for a contractor for General Dynamics/Electric Boat as a sweeper but

2

actually works for Labor Ready. Jain during my times of rehab with drew money from my checking account and continues to harass me by threats of death or by equipment he stole from GDEB(General Dynamics/Electric Boat) to track me. The equipment is sonar laser beam that seems to be more frightening than lethal. Jain has been in mental institutions most of his entire life and was paid $1.50 by William Dittman to harass me to make to civil action disappear.

9. I respect the Court and abide by the Federal Rules of Civil Procedure. I honestly did not receive any mail to make an appearance to the court on the scheduled date the appointment was scheduled. I regret any misunderstanding and pray that my "excusable neglect" and "good cause" be heard. I do have witnesses to verify this to be true. My social worker is Earl Booty who is employed by the State of CT and I am part of the Dept of Mental Health and Addiction Services. His telephone number is (860) 859-4615.

Respectfully submitted,

*[signature]* 3/11/06
ELIZABETH MARCZESKI
2 Pratt Street, Apt. #2
New London, CT 06320
(860) 442-1551

CERTIFICATION

I hereby certify that a copy of the foregoing has been sent first class, U.S. mail, on this 11th day of March, 2006, to the following:

Updike, Kelly, & Spellacy, P.C.
James Tallberg
One State St.
Hartford, CT 06123

3

Ralph J. Monaco, esq.
Conway & Londregan
38 Huntington St.
New London, CT 06320

*Elizabeth M.* 3/11/06
ELIZABETH MARCZESKI
2 Pratt St., Apt. 2
New London, CT 06320

EXHIBITS

UNITED STATES DISTRICT COURT FILED

DISTRICT OF CONNECTICUT 2005 FEB 11 P 1:31

U.S. DISTRICT COURT

ELIZABETH MARCZESKI

v.                                              3:02cv894 (SRU)

WILLIAM GAVITT and
WILLIAM DITTMAN

## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States district Judge, as a result of the parties cross-motions for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motions and on February 3, 2005 a Ruling on Motions for Summary Judgment granting defendants' motion and denying plaintiff's motion was entered by the Court.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 11th day of February 2005.

Kevin F. Rowe, Clerk

By *Alice Montz*
Deputy Clerk

Entered on Docket 2/17/05

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

## NOTICE OF TIME LIMITATIONS FOR FILING A NOTICE OF APPEAL

1. Enclosed is a copy of the judgment or order which has been entered in your case, together with the Notice of Appeal (Form 1) and Motion for Extension of Time to File an Appeal (Form 2).

2. The filing fee for a notice of appeal is $ 255.00, you may pay in cash, check or money order made payable to the Clerk, U.S. District Court, third party checks are not accepted.

3. Your attention is directed to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, which requires that if you wish to appeal the judgment or order in your case, you must file a notice of appeal within 30 days of the date of entry of the judgment or within 60 days if the United States or an officer or agency of the United States is a party.

4. If you wish to appeal the judgment and you are unable to file your notice of appeal within the required time, you may file a motion for extension of time (Form 2) in accordance with the provision of Rule 4(a)(5) of the Federal Rules of Appellate Procedure. You are required to show "excusable neglect" or "good cause" for your failure to file your notice of appeal within the time allowed. The time for filing a notice of appeal may be extended upon motion filed no later than 30 days after the expiration of the time prescribed by Rule 4(a). Any such motion must be served upon the other parties and then filed with the district court with a certificate of service.

5. The United States Court of Appeals for the Second Circuit strictly enforces Rule 4 and will dismiss an appeal where no motion has been filed. Please see Rule 4 of the Federal Rules of Appellate Procedure, for further information.

| STIPULATED AGREEMENT OF THE PARTIES | STATE OF CONNECTICUT |
|---|---|
| JD-HM-11 Rev. 4-2000 | SUPERIOR COURT<br>HOUSING SPECIALIST<br>www.jud.state.ct.us  |

COURT: ☐ Housing Session at **Old New London Ct** ☐ G.A. No. **10** DOCKET NO. **CV-10-20426**

NAME OF CASE: **DBA Ocean Club Apts v. Marczeski**

### STIPULATED AGREEMENT OF THE PARTIES

Plaintiff agrees to withdraw his affidavit of Non-compliance.

Parties agree to revert back to the stipulation dated Sept. 3, 2004 with a modification to a final stay of ⟨Feb. 28, 2005⟩

Parties agree to waive canvass in this matter.

PLAINTIFF(S): _(signature)_
DEFENDANT(S): _(signature)_ DATE SIGNED: Dec. 9, 2004
HOUSING SPECIALIST: _Brian J. Cameron_
APPROVED (Signature of Judge): _____, J. DATE SIGNED: _____

DISTRIBUTION: ORIGINAL - Court File  1st Copy - Plaintiff  2nd Copy - Defendant  3rd Copy - Housing Specialist

STIPULATED AGREEMENT OF THE PARTIES

**STIPULATED AGREEMENT OF THE PARTIES**
JD-HM-1E Rev. 8-99

STATE OF CONNECTICUT
SUPERIOR COURT
HOUSING SPECIALIST



**COURT**
☐ Housing Session at New London CT   ☑ G.A. No. 10   **DOCKET NO.** CV10-2042b

**NAME OF CASE**
Emerald Point LLC vs Marczeski

## STIPULATED AGREEMENT OF THE PARTIES

Judgment for possession may enter in favor of the plaintiff with a **Final** stay of execution through **MAY 31, 2005** on the condition(s) that:

Both parties agree:
☑ reasonable use and occupancy shall be **$530.00** due on or before the **10** day of each **month** commencing **Sept. 10, 2004**.

☑ the defendant acknowledges owing the plaintiff the sum of **$804.00** which represents rental arrearage and use and occupancy of costs of **$254.00** and reasonable attorney's fees of **$550.00** through and including _____

Defendant(s) shall make the following payments towards the arrearage **$134.00** due on or before the **10** day of each **month** commencing **Oct. 10, 2004** and continuing through and including **March 10, 2005**.

Defendant agrees to obey all the terms and conditions of her [rental?] lease and the laws of the State of Connecticut

Defendant agrees to comply with her social worker and not to [disturb?] [could?] her neighbors

Defendant agrees not to disturb the peaceful enjoyment of the subject [premises?]

Parties agree to waive canvass in this matter

The defendant shall have no contact w/ plaintiff unless there is an emergency, i.e. No heat, No hot water. No [she?] shall [defendant?] contact Attorney

Payments shall be made to the **plaintiff** at **on site rental office** [Action?] in the form of **money order** Payments must be **Recieved** on or before the [due dates]

If defendant fails to make any agreed payment, the plaintiff may immediately file an affidavit requesting an eviction without additional court hearings.

Upon fulfillment of the above conditions the defendant shall be reinstated as tenants in good standing

**HOUSING SPECIALIST:** Susan J. Cameron

**DEFENDANT(S):** X Elizabeth A.[?]
**DATE SIGNED:** Sept. 3, 2004

DISTRIBUTION: ORIGINAL - Court file   COPY1 - Plaintiff   COPY2 - Defendant   COPY3 - Housing Session

STIPULATED AGREEMENT OF THE PARTIES

| SUMMARY PROCESS (EVICTION) ANSWER TO COMPLAINT | STATE OF CONNECTICUT | DOCKET NO. |
|---|---|---|
| JD-HM-5 Rev. 12-99 | SUPERIOR COURT | 20426 |
| C.G.S. Sec. 47a-4a, 47a-5, 47a-7, 47a-20, 47a-23c, 47a-33, 47a-57 | www.jud.state.ct.us | RETURN DATE 7-27-04 |

| NAME OF PLAINTIFF(S) (Landlord(s)) | NAME OF DEFENDANT(S) (Tenant(s)) |
|---|---|
| Emerald Pointe | Marczeski Elizabeth |
| ☐ Judicial District  ☐ Housing Session  ☒ G.A. No. 10  AT: New London | ADDRESS OF COURT (No., street, and town) 112 Broad St - New London |

## SUMMARY PROCESS (EVICTION) ANSWER
(This section does **not** apply to Special Defenses below)

In response to EACH paragraph of the Complaint, please CIRCLE whether you AGREE, DISAGREE or DO NOT KNOW.

1. **(Agree)**   Disagree   Do Not Know         5. Agree   Disagree   Do Not Know
2. **(Agree)**   Disagree   Do Not Know         6. Agree   Disagree   Do Not Know
3. Agree   **(Disagree)**   Do Not Know         7. Agree   Disagree   Do Not Know
4. Agree   **(Disagree)**   Do Not Know         8. Agree   Disagree   Do Not Know

## SPECIAL DEFENSES
X THE BOXES NEXT TO THE STATEMENTS BELOW THAT APPLY TO YOU AND FILL IN THE INFORMATION REQUESTED.

☒ 1. All rent has been paid to my landlord.

☐ 2. Rent was offered to my landlord on (date): _____ which was before the date I received the Notice to Quit.

☐ 3. No rent is due, under Connecticut Law (C.G.S. Sec. 47a-4a) because there are housing or health code violations in violation of Connecticut Law (C.G.S. Sec. 47a-7(a)). LIST VIOLATIONS BELOW.

_____

☐ 4. I notified  ☐ my landlord,  ☐ Housing Code,  ☐ the Health Department, or  ☐ the Building Department of the violations listed in No. 3 above on (date): _____

☐ 5. This eviction is being brought because I contacted  ☐ my landlord or  ☐ public officials or agencies with regard to complaints about my apartment (C.G.S. Sec. 47a-20 and 47a-33).

☐ 6. I filed a rent increase complaint with the Fair Rent Commission on (date): _____

☐ 7. I am  ☐ blind,  ☐ physically disabled,  ☐ 62 years of age or older or permanently live with a spouse, sibling, grandparent or parent who is 62 years of age or older AND live in a building or complex of 5 or more units or reside in a mobile manufactured home park (C.G.S. Sec. 47a-23c).

ADDITIONAL INFORMATION:

I complied with 1st eviction notice and got wireless headsets for the TV. I have not been home in June and July (hospitalized) therefore, I harassed no one. Manager Stephanie Hughes hates me and has stalked me for 2 years violating my HIPPA rights and ADA Rights.

### DEFENDANT'S (TENANT'S) CERTIFICATION
I hereby certify that this answer is true to the best of my knowledge and that a copy was mailed/delivered to all counsel and pro se parties of record on:

DATE COPY(IES) MAILED OR DELIVERED: _____

SIGNED (Attorney or pro se party): X _____

ADDRESS (No., street, town, and zip code): 766 1/2 Bank St #104 New London, CT 06320

NAME OF EACH PARTY SERVED AND ADDRESS AT WHICH SERVICE WAS MADE*

If necessary, attach additional sheet with names of each party served and the address at which service was made.

DISTRIBUTION:   ORIGINAL - Court File    COPY1 - Plaintiff (Landlord) or Attorney    COPY2 - Defendant (Tenant)

Ciro Anthony Massa, Psy.D.,
DCSW, LADC
Director, Adult Behavioral Health Unit

(860) 456-1311 ext. 345
Fax: (860) 423-6114
cmassa@natchaug.org



189 Storrs Road
P.O. Box 260
Mansfield Center, CT 06250-0260
www.natchaug.org



Natchaug Hospital

HARTFORD HEALTHCARE